Appendix K

Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 06 2006

DAVID J. MALAND, CLERK
BY
DEPUTY

JAN - 6 2006
CLERK

1. This application is being made for the following: Case # **2-05-CV-270**

Style *TeleCheck International, Inc. v. LML Payment Systems, Inc., et al.*

2. Applicant is representing the following party/ies: *TeleCheck International, Inc.*

3. Applicant was admitted to practice in **NY in 1988; PA in 1997; IL in 1994**.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). *An initial inquiry by Illinois ARDC was made in response to a communication from Applicant's former spouse related to a marital property dispute. C.A. No. 05-3146 No formal proceedings are pending.*

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: **New York, Pennsylvania, Illinois**

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that **he**/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, **Richard P. Gilly** do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date January 5, 2006          Signature _____

Name (please print) **Richard P. Gilly**

State Bar Number **348023**

Firm Name:     **Fish & Richardson P.C.**

Address/P.O. Box:   **919 N. Market St., Suite 1100,**
                    **P.O. Box 1114**

City/State/Zip: **Wilmington, DE 19899-1114**

Telephone #:  **302-652-5070**

Fax #:  **302-652-0607**

E-mail Address: **gilly@fr.com**

Applicant is authorized to enter an appearance as counsel for the party/parties listed above   This application has been approved for the court this [ ] day of _____, 20[ ].

David J. Maland, Clerk

U.S District Court, Eastern District of Texas

By        _____

Deputy Clerk